## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: __ERROL SEWELL (J)__  CASE NO: __00-6054-CR-DIMITROULEAS__

AUSA: __ROBIN ROSENBAUM__ *pres*  ATTY: __ABE BAILEY / M. Entin__

AGENT: _____  VIOL: __stood in__

PROCEEDING __I/A ON INDICTMENT__  RECOMMENDED BOND __PTD__

BOND HEARING HELD - yes/no  COUNSEL APPOINTED _____

    BOND SET @ _____

    SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

*Deft advised of charges - has retained counsel*

FILED by ___ D.C. MAR - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____
    (PTD)/BOND HRG: 3-10   10:00  LSS ✓
    PRELIM/(ARRAIGN): 3-10   10:30  LSS ✓
    REMOVAL HRG: _____
    STATUS CONF: _____

Date: 3/7/00   Time: 11:00   FTL/LSS TAPE #00- 014   Begin: 2272   End: _____

