# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ERROL SEWELL

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6054-I

YOU ARE HEREBY COMMANDED to arrest __ERROL SEWELL__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

MAGISTRATE JUDGE SNOW

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2__

__CLARENCE MADDOX__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at __Pretrial Detention requested__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

Fort Lauderdale, Florida  3/2/00
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at __Detainer pick up from BSO__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/02/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 03/07/2000 | FOR: DEA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ERROL SEWELL

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6054
CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest **ERROL SEWELL**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) conspiracy to possess with intent to distribute cocaine, possession with intent to distribute cocaine, and use and carry of a firearm during and in relation to a drug-trafficking offense,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846, and 18 U.S.C. 924(c)(1) and 2__

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida   3-2-00
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest