# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 00-6054-CR-Dimi
           Plaintiff )
)
   -vs- ) REPORT COMMENCING CRIMINAL
) ACTION 55227-004
SEWELL, ERROL )
        Defendant    55223-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 02/02/00 @ 2329 Hours    a.m./p.m.

FILED by _____ D.C.
MAR - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: Poss. Cocaine w/ Intent to Distribute
Conspiracy to Poss. Cocaine w/ Intent to Distribute

(4) UNITED STATES CITIZEN: (✓)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 10/22/47

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____ (9) ARRESTING OFFICER _____

(10) AGENCY _____ (11) PHONE # _____

(12) COMMENTS _____