| | | | |
|---|---|---|---|
| DEFT: | ERROL SEWELL (J)# | CASE NO: | 00-6054-CR-Dimitrouleas |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Abe Bailey *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing/Arraignment *Status* | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

BOND SET @ _____ $250,000 Corp surety w/Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Discovery out
Possible plea
Gov't ready

Reading of indictment waived
Not Guilty plea entered
___ trial demanded
Standing Discovery Order requested

No PTD hearing held
Both sides stipulate to
a CSB w/nebbia, reserving
right to proceed w/PTD
hearing at
a later
date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 5/24 @ ___ xoa Snow

DATE: 5-9-00    TIME: 9:30am    TAPE # 00- 033    PG # 2
800-913