FILED by
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Errol Sewell

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 5-9-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/XXXained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:    Address: In Custody

Telephone:

DEFENSE COUNSEL:    Name: Abe Bailey

Address:

Telephone:

BOND SET/CONTINUED: $ $250,000 Corp. Surety w/nebbia stipulated-both sides reserving right to proceed with PTD hearing at a later date

Bond hearing held: yes_____ no_x_ Bond hearing set for_____

Dated this __9__ day of ____May____, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-033

cc: Clerk for Judge
    U. S. Attorney