UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

MAY 0 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D OF FLA. FT. LAUD

UNITED STATES OF AMERICA

V.        CASE NO. 00-6054-CR-DIMITROULEAS

ERROL SEWELL

---

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **MAY 16, 2000 AT 1:00 P.M.**

---

TYPE OF      CHANGE OF PLEA
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE:   May 9, 2000

cc: Robin Rosenbaum, AUSA
    Abe Bailey, Esq.