UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

ERROL SEWELL,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 9, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed and that this matter will require four days to try.

2. Defense counsel concurred with the Government's assessment. Counsel further informed the Court that he anticipates this matter being resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ____ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Abe Bailey, Esquire
18350 NW 2nd Avenue, 5th Floor
Miami, Florida 33169-4519
Attorney for Defendant