## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED D.C.
MAY 16

CASE NUMBER: 00-6054-CR-WPD   DATE: May 16, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Errol Small

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Abe Bailey, Esq.

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and arraigned by the Court. Deft to plead guilty to Count 1. Gov to dismiss Counts 2 & 3 at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 8/4/00   TIME: 11:30   FOR: Sentencing
MISC: Written plea agreement filed.

