UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERROL SEWELL

        Defendant.
_____/



### MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant ERROL SEWELL by and through undersigned counsel files this his Motion To Continue Sentencing and can show as follows:

1. That Sentencing in this case is scheduled for Friday, August 4, 2000.

2. That Counsel for ERROL SEWELL is currently in Trial before the Honorable District Judge Patricia Seitz in Federal Court re the case U.S.A. vs. Jorge Hernandez, Case No. 99-583-CR-Seitz.

3. That said Trial is expected to last for at least eighteen weeks from July 13, 2000, which was the starting date of said Trial.

4. That Counsel for the Defendant ERROL SEWELL will not be excused for any reason, unless authorized by the Honorable District Judge Patricia Seitz. (See Attached Order)



5. That Counsel will be excused by the Honorable District Judge Seitz on the following dates:

August 18, September 4, 11, 12, 14, October 9, 31, November 1, 10, 13, 14 & 15, 2000.

WHEREFORE the Defendant ERROL SEWELL requests that the Sentencing scheduled for Friday, August 4, 2000 be continued.

Respectfully Submitted,

ABE A. BAILEY, P.A.
Attorneys for Defendant
18350 N.W. 2nd Avenue, 5th Floor
Miami, Florida 33169
(305) 653-8860

By: _____
ABE A. BAILEY, ESQUIRE
FBN: 0460398

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail to Robin Rosenbaum, AUSA at the United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this _____ day of _____, 2000.

_____
ABE A. BAILEY, ESQUIRE

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ERROL SEWELL

                Defendant.

_____/

ORDER

THIS CAUSE came before the Court upon Defendant's Motion To Continue Sentencing.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby _____

DONE AND ORDERED in chambers at _____, Florida on this _____ day of _____, 2000.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

Copies furnished:

Abe A. Bailey, Esquire
Robin Rosenbaum, AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 99-583-CR-SEITZ/BANDSTRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEONARD MARK DACHS, et al.,

Defendants.
_____/

## ORDER

THIS CAUSE came before the Court *sua sponte*. After the pretrial conference in this matter on this same date, it is clear to the Court that the presence of counsel will be required before the Court to resolve all pretrial matters and attend hearings from June 19, 2000 until the end of trial. Accordingly, it is hereby

ORDERED that counsel for defendants in this matter SHALL be available to this Court as of June 19, 2000 and SHALL NOT assume any other obligations which will interfere with their ability to devote full-time effort to this matter from June 19, 2000 until the end of trial.

DONE AND ORDERED this 15th day of June, 2000.

_for_ PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record