UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6054-CR-DIMITROULEAS

Plaintiff,

vs.

ERROL SEWELL,

Defendant.
_____/

FILED by ___ D.C.

AUG 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court upon Defendant's Motion To Continue

Sentencing. The Court has considered the above Motions and the pertinent portions of the record,

and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Sentencing is

reset for August 18, 2000 at 10:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

3 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Abe A. Bailey, P.A.
18350 N.W. 2nd Avenue, 5th Floor
Miami, FL 33169

Robin Rosenbaum, AUSA

United States Probation Office

