**CRIMINAL MINUTES**



FILED by ____ D.C.

AUG 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: OO-6054-CR-WPD    DATE: 8/18/00

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Jim Pierce    INTERPRETER: ____

UNITED STATES OF AMERICA    VS.    Errol Sewell

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: Abe Bailey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 120 months BOP, 5 years supervised release, No Fine, $100.∞ Assessment.

Motions for downward departure are denied. Cnt recommends facility in SD/FL.

JUDGMENT: ____

Deft informed of right to appeal.

CASE CONTINUED TO: ____    TIME: ____    FOR: ____

MISC: W-1 Derek Hallenbeck, agent
Family members & friends address court.