UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERROL SEWELL,

        Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that ERROL SEWELL, defendant above named, hereby appeals to the United States Court of Appeals, for the Eleventh Circuit, from the final judgment and sentence entered in this action on August 18, 2000.

                      Respectfully Submitted,

                      ABE A. BAILEY, P.A.
                      18350 N.W. 2nd Avenue, Fifth Floor
                      Miami, Florida 33169
                      (305) 653-8860

        By:_____
                ABE A. BAILEY, ESQUIRE
                FBN: 0480398

Copies furnished:

Abe A. Bailey, Esquire
18350 N.W. 2nd Avenue, 5th Floor
Miami, Fl 33169

Robin Rosenbaum, AUSA
United States Attorney's Office
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

