# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ERROL SEWELL | Case Number: **0:00CR06054-003** |
| | Abe Bailey, Esq./Robin Rosenbaum, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE | 02/02/2000 | 1 |

FILED by _____ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **2,3** _____ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 08/18/2000 |
| Defendant's Date of Birth: 10/26/1949 | Date of Imposition of Judgment |
| Defendant's USM No.: 55227-004 | |
| Defendant's Residence Address: | |
| **Federal Detention Center** | Signature of Judicial Officer |
| **33 NE 4th Street** | |
| **Miami** | **WILLIAM P. DIMITROULEAS** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **Federal Detention Center** | |
| **33 NE 4th Street** | August 21, 2000 |
| **Miami** | Date |

Certified to be a true and correct copy of the document on file
FL 33132
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/21/00
FL 33132

DEFENDANT: **ERROL SEWELL**
CASE NUMBER: **0:00CR06054-003**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __120__ month(s)_____.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in the Southern District of Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __9-19-00__ to __BOP FCI Miami__
at __Miami FL__, with a certified copy of this judgment.

Ed Gonzalez-Warden
UNITED STATES MARSHAL

By __Tina Nolan__ HE
Deputy U.S. Marshal