```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,     )  CASE NO. 00-6054-CR-WPD
                              )
           Plaintiff,         )
                              )
      -v-                     )
                              )
ERROL SEWELL,                 )
                              )  Fort Lauderdale, Florida
           Defendant.         )  May 16, 2000
_____)  1:25 p.m.


          TRANSCRIPT OF PLEA OF GUILTY

    BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        ROBIN ROSENBAUM, ESQ.
                         Assistant U.S. Attorney
                         500 East Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant        ABE BAILEY, ESQ.
                         18350 N.W. 2nd Avenue
                         5th Floor
                         Miami, Florida 33169


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE