```
 1
 2                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 3                       FORT LAUDERDALE DIVISION

 4
     UNITED STATES OF AMERICA,     )   CASE NO. 00-6054-CR-WPD
 5                                 )
                    Plaintiff,     )
 6                                 )
              -v-                  )
 7                                 )
     ERROL SEWELL,                 )
 8                                 )   Fort Lauderdale, Florida
                    Defendant.     )   August 18, 2000
 9   _____)   10:02 a.m.

10                        TRANSCRIPT OF SENTENCE

11            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

12                          U.S. DISTRICT JUDGE

13   APPEARANCES:

14
     For the Plaintiff         ROBIN ROSENBAUM, ESQ.
15                             Assistant U.S. Attorney
                               500 East Broward Boulevard
16                             Suite 700
                               Fort Lauderdale, Florida 33394
17

18   For the Defendant         ABE BAILEY, ESQ.
                               18350 N.W. 2nd Avenue
19                             5th Floor
                               Miami, Florida  33169
20

21   Reporter                  ROBERT A. RYCKOFF
                               Official Court Reporter
22                             299 East Broward Boulevard
                               Fort Lauderdale, Florida 33301
23                             954-769-5657

24

25
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE