UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: January 25, 2001
USDC # 00-6054-CR-WPD
USCA # 00-14600-A

IN RE: **USA v. Sewell**

==============================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

   _1_ Volume of Pleadings
   _2_ Volumes of Transcripts

   _X_ Exhibits:

      _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.
_____
         Signature

```
                                                LSS     CLOSED
                                                APPEAL
                    U.S. District Court
           Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6054-ALL

USA v. Owens, et al                                  Filed: 03/02/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

JARED OWENS (1) , DOB 7/31/68     Michael James Entin
Prisoner #55224-004                 [term   09/11/00]
     defendant                    954-522-7000
  [term  09/11/00]                Suite 1500
                                  [COR LD NTC ret]
                                  1 E Broward Boulevard
                                  Fort Lauderdale, FL 33301


Pending Counts:                        Disposition

21:846=CD.F CONSPIRACY            Imprisonment 188 months;
DISTRIBUTE CONTRL SUBST:          Supervised Release 36 months;
Cocaine        (1)                Assessment $100.00
                                  (1)


Offense Level (opening): 4


Terminated Counts:                     Disposition

21:841B=CD.F CONTROLLED SUBST     Dismissed
SELL/DISTR/DISPENSE: PWID         (2)
cocaine
(2)

18:924B.F PENALTIES FOR           Dismissed
FIREARMS: Possession of a         (3)
firearm     in relation of a
drug trafficking crime.
(3)


Offense Level (disposition): 4


Complaints:

    NONE

Docket as of January 25, 2001 12:20 pm              Page 1
```

```
Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                          CLOSED APPEAL


========================
Case Assigned to:  Judge William P. Dimitrouleas

BARON GOODRIDGE (2) , DOB          Patrick Michael Hunt
2/1/76 Prisoner #55225-004           [term  03/08/00]
   defendant                         FTS 356-7556
 [term  07/18/00]                    [COR LD NTC pda]
                                     Robert Norman Berube
                                      [term  07/18/00]
                                     FTS 356-7556
                                     [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     101 NE 3rd Avenue
                                     Suite 202
                                     Fort Lauderdale, FL 33301-1145
                                     954-356-7436


Pending Counts:                            Disposition

21:846=CD.F CONSPIRACY               Imprisonment 70 months;
DISTRIBUTE CONTRL SUBST:             Supervised Release 60 months;
Cocaine       (1)                    Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                         Disposition

21:841B=CD.F CONTROLLED SUBST        Dismissed
SELL/DISTR/DISPENSE: PWID            (2)
cocaine
(2)

18:924B.F PENALTIES FOR              Dismissed
FIREARMS: Possession of a            (3)
firearm    in relation of a
drug trafficking crime.
(3)


Offense Level (disposition): 4



Complaints:


Docket as of January 25, 2001 12:20 pm                     Page 2
```

```
Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                          CLOSED APPEAL

    NONE


========================

Case Assigned to:  Judge William P. Dimitrouleas

ERROL SEWELL (3) , DOB            Abe Anselheart Bailey
10/26/49 Prisoner #55227-004        [term  08/21/00]
    defendant                     FTS 653-5286
 [term  08/21/00]                 305-653-8860
                                  5th Floor
                                  [COR LD NTC ret]
                                  18350 NW 2nd Avenue
                                  Miami, FL 33169


Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY            Imprisonment 120 months;
DISTRIBUTE CONTRL SUBST:          Supervised Release 60 months;
Cocaine       (1)                 Assessment $100.00
                                  (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:841B=CD.F CONTROLLED SUBST     Dismissed
SELL/DISTR/DISPENSE: PWID         (2)
cocaine
(2)

18:924B.F PENALTIES FOR           Dismissed
FIREARMS: Possession of a         (3)
firearm    in relation of a
drug trafficking crime.
(3)


Offense Level (disposition): 4



Complaints:

    NONE
```

```
Proceedings include all events.                                LSS
0:00cr6054-ALL USA v. Owens, et al                      CLOSED APPEAL
```

JARED OWENS, DOB 7/31/68 Prisoner #55224-004

    defendant

========================

BARON GOODRIDGE, DOB 2/1/76 Prisoner #55225-004

    defendant

========================

ERROL SEWELL, DOB 10/26/49 Prisoner #55227-004

    defendant

========================

USA

    plaintiff

U. S. Attorneys:

  Robin Stacie Rosenbaum
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard

```
Proceedings include all events.                         LSS
0:00cr6054-ALL USA v. Owens, et al              CLOSED APPEAL
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                          CLOSED APPEAL

3/2/00   (1)      INDICTMENT as to Jared Owens (1) count(s) 1, 2, 3, Baron
                  Goodridge (2) count(s) 1, 2, 3, Errol Sewell (3) count(s)
                  1, 2, 3 (Criminal Category 1) (dd) [Entry date 03/03/00]

3/2/00   --       Magistrate identification: Magistrate Judge Lurana S. Snow
                  (dd) [Entry date 03/03/00]

3/2/00   2        ARREST WARRANT issued as to Jared Owens .      Warrant
                  issued by Ch. Magistrate Judge Lurana S. Snow  Bail fixed
                  at PTD Requested (dd) [Entry date 03/03/00]

3/2/00   (3)      ARREST WARRANT issued as to Errol Sewell .     Warrant
                  issued by Ch. Magistrate Judge Lurana S. Snow  Bail fixed
                  at PTD Requested (dd) [Entry date 03/03/00]

3/2/00   4        ARREST WARRANT issued as to Baron Goodridge .  Warrant
                  issued by Ch. Magistrate Judge Lurana S. Snow  Bail fixed
                  at PTD Requested (dd) [Entry date 03/03/00]

3/7/00   5        Minute of Initial Appearance on Indictment held on 3/7/00
                  before Ch. Magistrate Judge Lurana S. Snow as to Baron
                  Goodridge; Pretrial Detention Hearing/Arraignment 3/10/00
                  at 10:30; Court Reporter Name or Tape #: 00-014 @ 2272 (ss)
                  [Entry date 03/08/00]

3/7/00   --       Initial appearance as to Baron Goodridge held (Defendant
                  informed of rights.) (ss) [Entry date 03/08/00]

3/7/00   6        ORDER on Initial Appearance as to Baron Goodridge, for
                  Appointment of Public Defender; Arraignment set for 10:30
                  3/10/00 for Baron Goodridge ; Detention hearing set for
                  10:30 3/10/00 for Baron Goodridge before Ch. Magistrate
                  Judge Lurana S. Snow, , (Signed by Ch. Magistrate
                  Judge Lurana S. Snow on 3/7/00) Tape # 00-014 CCAP (ss)
                  [Entry date 03/08/00]

3/7/00   7        Minute of Initial Appearance on Indictment held on 3/7/00
                  before Ch. Magistrate Judge Lurana S. Snow as to Jared
                  Owens; Arraignment 3/16/00 at 11:00; Court Reporter Name or
                  Tape #: 00-014 @ 2272 - 00-015 @ 629 (ss)
                  [Entry date 03/08/00]

3/7/00   --       Initial appearance as to Jared Owens held (Defendant
                  informed of rights.) (ss) [Entry date 03/08/00]

3/7/00   8        ORDER on Initial Appearance as to Jared Owens Report re
                  counsel set for 11:00 3/16/00 for Jared Owens; Arraignment
                  set for 11:00 3/16/00 for Jared Owens before Magistrate
                  Barry S. Seltzer, , (Signed by Ch. Magistrate Judge
                  Lurana S. Snow on 3/7/00) Tape # 00-014 CCAP (ss)
                  [Entry date 03/08/00]
```

Proceedings include all events.                                          LSS
0:00cr6054-ALL USA v. Owens, et al
                                                Vol. 1 of 1,  CLOSED APPEAL

| Date | Doc | Description |
|---|---|---|
| 3/7/00 | 9 | Minute of Initial Appearance on Indictment held on 3/7/00 before Ch. Magistrate Judge Lurana S. Snow as to Errol Sewell; Pretrial Detention/Arraignment 3/10/00 at 10:30; Court Reporter Name or Tape #: 00-014 @ 2272 (ss) [Entry date 03/08/00] |
| 3/7/00 | -- | Initial appearance as to Errol Sewell held (Defendant informed of rights.) (ss) [Entry date 03/08/00] |
| 3/7/00 | 10 | ORDER on Initial Appearance as to Errol Sewell Arraignment set for 10:30 3/10/00 for Errol Sewell; Detention hearing set for 10:30 3/10/00 for Errol Sewell before Ch. Magistrate Judge Lurana S. Snow, , (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/7/00) Tape # 00-014 CCAP (ss) [Entry date 03/08/00] |
| 3/7/00 | -- | ARREST of Jared Owens (ss) [Entry date 03/09/00] |
| 3/7/00 | -- | ARREST of Baron Goodridge (ss) [Entry date 03/09/00] |
| 3/7/00 | -- | ARREST of Errol Sewell (ss) [Entry date 03/09/00] |
| 3/8/00 | 11 | Arrest WARRANT Returned Executed as to Jared Owens on 3/7/00 (ss) [Entry date 03/09/00] |
| 3/8/00 | 12 | Arrest WARRANT Returned Executed as to Baron Goodridge on 3/7/00 (ss) [Entry date 03/09/00] |
| 3/8/00 | 13 | Arrest WARRANT Returned Executed as to Errol Sewell on 3/7/00 (ss) [Entry date 03/09/00] |
| 3/8/00 | 14 | REPORT Commencing Criminal Action as to Jared Owens DOB: 7/31/68 Prisoner # 55224-004 (ss) [Entry date 03/09/00] |
| 3/8/00 | 15 | REPORT Commencing Criminal Action as to Baron Goodridge DOB: 2/1/76 Prisoner # 55225-004 (ss) [Entry date 03/09/00] |
| 3/8/00 | 16 | REPORT Commencing Criminal Action as to Errol Sewell DOB: 10/26/49 Prisoner # 55227-004 (ss) [Entry date 03/09/00] |
| 3/8/00 | 17 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Baron Goodridge (ss) [Entry date 03/09/00] |
| 3/8/00 | 18 | NOTICE of Assignment of Assistant Public Defender for Baron Goodridge. Terminated attorney Patrick Michael Hunt for Baron Goodridge AFPD Robert Norman Berube assigned. (ss) [Entry date 03/09/00] |
| 3/10/00 | 19 | ORDER OF DETENTION as to Jared Owens (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/10/00) CCAP (ss) [Entry date 03/13/00] |
| 3/17/00 | 20 | NOTICE regarding counsel for the USA by USA as to Jared Owens, Baron Goodridge, Errol Sewell (ss) |

Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                          CLOSED APPEAL
               [Entry date 03/20/00]                    Vol. 1 Cont.

| | | |
|---|---|---|
| 3/28/00 | 21 | STANDING DISCOVERY ORDER as to Jared Owens all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/28/00) CCAP (ss) [Entry date 03/29/00] |
| 3/28/00 | 22 | ORDER SETTING STATUS CONFERENCE as to Jared Owens Status conference set for 11:00 4/11/00 before Magistrate Barry S. Seltzer (Signed by Ch. Magistrate Lurana S. Snow on 3/28/00) CCAP [EOD Date: 3/29/00] CCAP (ss) [Entry date 03/29/00] |
| 3/28/00 | 23 | Minute of Arraignment held on 3/28/00 before Ch. Magistrate Judge Lurana S. Snow as to Jared Owens; Status Conference 4/11/00 at 11:00; Court Reporter Name or Tape #: 00-017 @ 1909-1958 (ss) [Entry date 03/30/00] [Edit date 12/22/00] |
| 3/28/00 | 24 | ARRAIGNMENT INFORMATION SHEET for Jared Owens (1) count(s) 1, 2, 3 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 03/30/00] |
| 3/28/00 | 25 | NOTICE of Appearance for Jared Owens by Attorney Michael J. Entin (ss) [Entry date 03/30/00] |
| 4/5/00 | 26 | NOTICE of Hearing as to Jared Owens Set Jury trial for 9:00 on 5/8/00, Set calendar call for 9:00 on 5/5/00 for Jared Owens before Judge William P. Dimitrouleas (mh) [Entry date 04/06/00] |
| 4/11/00 | 27 | Minute of Status Conference held on 4/11/00 before Magistrate Barry S. Seltzer as to Jared Owens; Court Reporter Name or Tape #: 00-024 @ 2630-2732 (ss) [Entry date 04/11/00] |
| 4/11/00 | -- | Status conference as to Jared Owens held (ss) [Entry date 04/11/00] |
| 4/11/00 | 28 | RESPONSE to Standing Discovery Order by USA as to Jared Owens, Baron Goodridge, Errol Sewell (ss) [Entry date 04/12/00] |
| 4/12/00 | 29 | STATUS REPORT ORDER as to Jared Owens. (Signed by Magistrate Barry S. Seltzer on 4/11/00) CCAP [EOD Date: 4/12/00] CCAP (ss) [Entry date 04/12/00] |
| 4/13/00 | 30 | Minute of Arraignment/Bond Hearing held on 4/13/00 before Magistrate Barry S. Seltzer as to Baron Goodridge; Status Conference 4/28/00 at 11:00; Court Reporter Name or Tape #: none given (ss) [Entry date 04/14/00] |

Proceedings include all events.                                          LSS
0:00cr6054-ALL USA v. Owens, et al                                 CLOSED APPEAL

| | | |
|---|---|---|
| 4/13/00 | 31 | ARRAIGNMENT INFORMATION SHEET for Baron Goodridge (2) count(s) 1, 2, 3 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 04/14/00] |
| 4/14/00 | 32 | STANDING DISCOVERY ORDER as to Baron Goodridge all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 4/13/00) CCAP (ss) [Entry date 04/17/00] |
| 4/14/00 | 33 | ORDER SETTING STATUS CONFERENCE as to Baron Goodridge Status conference set for 11:00 4/28/00 for Baron Goodridge before Magistrate Judge Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on 4/13/00) CCAP [EOD Date: 4/17/00] CCAP (ss) [Entry date 04/17/00] |
| 4/19/00 | 34 | NOTICE of Hearing as to Baron Goodridge: Set Jury trial for 9:00 5/15/00 before Judge William P. Dimitrouleas, Set calendar call for 9:00 5/12/00 before Judge William P. Dimitrouleas (ss) [Entry date 04/20/00] |
| 4/28/00 | 35 | Minute of Status Conference held on 4/28/00 before Magistrate Judge Lurana S. Snow as to Baron Goodridge; Court Reporter Name or Tape #: 00-022 @ 1695 (ss) [Entry date 05/01/00] |
| 4/28/00 | -- | Status conference as to Baron Goodridge held (ss) [Entry date 05/01/00] |
| 5/1/00 | 36 | STATUS REPORT ORDER as to Baron Goodridge. (Signed by Magistrate Judge Lurana S. Snow on 5/1/00) CCAP [EOD Date: 5/3/00] CCAP (ss) [Entry date 05/03/00] |
| 5/3/00 | 37 | MOTION by Jared Owens to continue trial (ss) [Entry date 05/04/00] |
| 5/3/00 | 38 | NOTICE of Unavailabilty of Government Counsel (5/26/00 through 6/4/00) by USA as to Jared Owens, Baron Goodridge, Errol Sewell (ss) [Entry date 05/04/00] |
| 5/4/00 | 39 | ORDER as to Jared Owens denying without prejudice [37-1] motion to continue trial (Signed by Judge William P. Dimitrouleas on 5/4/00) CCAP [EOD Date: 5/5/00] CCAP (ss) [Entry date 05/05/00] |
| 5/5/00 | 40 | Minute of Calendar Call/Status Conference held on 5/5/00 before Judge William P. Dimitrouleas as to Jared Owens; Calendar Call 6/23/00 at 9:00; Trial period 6/26/00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/05/00] |
| 5/5/00 | -- | Status conference as to Jared Owens held (ss) [Entry date 05/05/00] |

Docket as of January 25, 2001 12:20 pm                        Page 9

```
Proceedings include all events.                                           LSS
0:00cr6054-ALL USA v. Owens, et al                          vd. | Cont  CLOSED APPEAL

5/5/00    41    ORDER as to Jared Owens granting motion to continue: Reset
                Jury trial for 9:00 6/26/00 before Judge William P.
                Dimitrouleas, Reset calendar call for 9:00 6/23/00 before
                Judge William P. Dimitrouleas, to Continue in Interest of
                Justice (Signed by Judge William P. Dimitrouleas on
                5/5/00) CCAP [EOD Date: 5/8/00] CCAP  (ss)
                [Entry date 05/08/00]

5/9/00   (42)   STANDING DISCOVERY ORDER as to Errol Sewell all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order (Signed by Magistrate Barry S.
                Seltzer on 5/9/00) CCAP (ss) [Entry date 05/09/00]

5/9/00   (43)   ORDER RE: STATUS CONFERENCE, Speedy Trial and Pretrial
                Matters as to Errol Sewell (Signed by Magistrate Barry S.
                Seltzer on 5/9/00) CCAP [EOD Date: 5/9/00] CCAP (ss)
                [Entry date 05/09/00]

5/9/00   (44)   Minute of PTD Hearing/Arraignment held on 5/9/00 before
                Magistrate Barry S. Seltzer as to Errol Sewell; Court
                Reporter Name or Tape #: 00-033 @ 800-913 (ss)
                [Entry date 05/10/00]

5/9/00   (45)   ARRAIGNMENT INFORMATION SHEET for Errol Sewell (3) count(s)
                1, 2, 3 NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (ss) [Entry date 05/10/00]

5/9/00   (46)   NOTICE of Hearing as to Errol Sewell: Set Change of Plea
                Hearing for 1:00 5/16/00 for Errol Sewell before Judge
                William P. Dimitrouleas (ss) [Entry date 05/10/00]

5/9/00   (47)   STATUS REPORT ORDER as to Errol Sewell. (Signed by
                Magistrate Barry S. Seltzer on 5/9/00) CCAP [EOD Date:
                5/10/00] CCAP (ss) [Entry date 05/10/00]

5/12/00   48    Minute of Change of Plea held on 5/12/00 before Judge
                William P. Dimitrouleas as to Baron Goodridge; GUILTY:
                Baron Goodridge (2) count(s) 1; Sentencing 7/18/00 at 8:45;
                Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 05/15/00]

5/12/00   --    Change of Plea Hearing as to Baron Goodridge held (ss)
                [Entry date 05/15/00]

5/12/00   49    Plea Agreement as to Baron Goodridge (ss)
                [Entry date 05/15/00]

5/12/00   50    NOTICE of Hearing as to Baron Goodridge: Setting
                Sentencing for 8:45 7/18/00 for Baron Goodridge before
                Judge William P. Dimitrouleas (ss) [Entry date 05/15/00]
```

Proceedings include all events.                                                    LSS
0:00cr6054-ALL USA v. Owens, et al                                          CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 5/16/00 | 51 | Minute of Change of Plea held on 5/16/00 before Judge William P. Dimitrouleas as to Errol Sewell; GUILTY: Errol Sewell (3) count(s) 1; Sentencing 8/4/00 at 11:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/17/00] |
| 5/16/00 | -- | Change of Plea Hearing as to Errol Sewell held (ss) [Entry date 05/17/00] |
| 5/16/00 | 52 | Plea Agreement as to Errol Sewell (ss) [Entry date 05/17/00] |
| 5/16/00 | 53 | NOTICE of Hearing as to Errol Sewell: Setting Sentencing for 11:30 8/4/00 for Errol Sewell before Judge William P. Dimitrouleas (ss) [Entry date 05/17/00] |
| 6/23/00 | 54 | Minutes of Calendar Call/Status Conference held on 6/23/00 before Judge William P. Dimitrouleas as to Jared Owens; Status Conference 6/26/00 at 9:00; Trial 6/27/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/23/00] |
| 6/23/00 | -- | Calendar call as to Jared Owens held (ss) [Entry date 06/23/00] |
| 6/26/00 | 55 | SEALED DOCUMENT (ss) [Entry date 06/26/00] |
| 6/26/00 | 56 | ORDER as to Jared Owens granting motion to continue: Reset Jury trial for 9:00 6/26/00 for Jared Owens before Judge William P. Dimitrouleas, Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 6/26/00) CCAP [EOD Date: 6/26/00] CCAP (ss) [Entry date 06/26/00] |
| 6/26/00 | 57 | Minutes of Change of Plea held on 6/26/00 before Judge William P. Dimitrouleas as to Jared Owens; GUILTY: Jared Owens (1) count(s) 1; Sentencing 9/8/00 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/27/00] |
| 6/26/00 | -- | Change of Plea Hearing as to Jared Owens held (ss) [Entry date 06/27/00] |
| 6/26/00 | 58 | NOTICE of Hearing as to Jared Owens: Setting Sentencing for 11:00 9/8/00 for Jared Owens before Judge William P. Dimitrouleas (ss) [Entry date 06/27/00] |
| 7/14/00 | 59 | MOTION by Baron Goodridge for downward departure (ss) [Entry date 07/17/00] |
| 7/18/00 | 60 | Minutes of Sentencing held on 7/18/00 before Judge William P. Dimitrouleas as to Baron Goodridge; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/20/00] |
| 7/18/00 | -- | Sentencing held Baron Goodridge (2) count(s) 1 (ss) [Entry date 07/20/00] |

Proceedings include all events.                                          LSS
0:00cr6054-ALL USA v. Owens, et al                              CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 7/18/00 | 61 | JUDGMENT as to Baron Goodridge (2) count(s) 1. Imprisonment 70 months; Supervised Release 60 months; Assessment $100.00, count(s) 2, 3. Dismissed (Signed by Judge William P. Dimitrouleas on 7/18/00) CCAP [EOD Date: 7/20/00] CCAP (ss) [Entry date 07/20/00] |
| 8/2/00 | 62 | MOTION by Errol Sewell to continue sentencing (ss) [Entry date 08/03/00] |
| 8/3/00 | 63 | ORDER as to Errol Sewell granting [62-1] motion to continue sentencing as to Errol Sewell (3) Resetting Sentencing for 10:00 8/18/00 before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 8/3/00) CCAP [EOD Date: 8/4/00] CCAP (ss) [Entry date 08/04/00] |
| 8/14/00 | 64 | ADDITIONAL SENTENCING MEMORANDUM by Errol Sewell as to Errol Sewell (mh) [Entry date 08/15/00] |
| 8/18/00 | 65 | Minutes of Sentencing held on 8/18/00 before Judge William P. Dimitrouleas as to Errol Sewell; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/18/00] |
| 8/18/00 | -- | Sentencing held Errol Sewell (3) count(s) 1 (ss) [Entry date 08/22/00] |
| 8/21/00 | 66 | JUDGMENT as to Errol Sewell (3) count(s) 1. Imprisonment 120 months; Supervised Release 60 months; Assessment $100.00; count(s) 2, 3. Dismissed (Signed by Judge William P. Dimitrouleas on 8/21/00) CCAP [EOD Date: 8/22/00] CCAP (ss) [Entry date 08/22/00] |
| 8/23/00 | 67 | Judgment Returned Executed as to Baron Goodridge on 8/16/00 at FPC, Pensacola, FL. (pa) [Entry date 08/24/00] |
| 8/24/00 | 68 | NOTICE OF APPEAL by Errol Sewell re: [66-1] judgment order . EOD Date: 8/22/00; Errol Sewell (3) count(s) 1; Filing Fee: $ NO FEE PAID; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 08/30/00] |
| 8/30/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Errol Sewell [68-1] appeal (gf) [Entry date 08/30/00] |
| 9/6/00 | 69 | NOTICE of filing (character reference letters) by Jared Owens (ss) [Entry date 09/07/00] |
| 9/7/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Errol Sewell Re: [68-1] appeal USCA Number: 00-14600-A (dl) [Entry date 09/08/00] |
| 9/7/00 | 70 | TRANSCRIPT INFORMATION FORM as to Errol Sewell re: [68-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 09/08/00] |

Docket as of January 25, 2001 12:20 pm                    Page 12

```
Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                          CLOSED APPEAL
```
Vol. 1 Cont.

| Date | # | Description |
|---|---|---|
| 9/8/00 | 71 | Minutes of Sentencing held on 9/8/00 before Judge William P. Dimitrouleas as to Jared Owens; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/11/00] |
| 9/8/00 | -- | Sentencing held Jared Owens (1) count(s) 1 (ss) [Entry date 09/12/00] |
| 9/11/00 | 72 | JUDGMENT as to Jared Owens (1) count(s) 1. Imprisonment 188 months; Supervised Release 36 months; Assessment $100.00; count(s) 2, 3. Dismissed (Signed by Judge William P. Dimitrouleas on 9/11/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/13/00 | 73 | SEALED DOCUMENT (ss) [Entry date 09/14/00] |
| 9/18/00 | 74 | SEALED DOCUMENT (ss) [Entry date 09/19/00] |
| 9/18/00 | 75 | TRANSCRIPT filed as to Jared Owens of Sentence held 9/8/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 32 (ss) [Entry date 09/19/00] |
| 9/18/00 | (76) | Appeal Information Sheet as to Errol Sewell re: [68-1] appeal Transcript due 10/15/00 for Errol Sewell (gf) [Entry date 09/19/00] |
| 9/18/00 | (77) | SUPPLEMENTAL TRANSCRIPT INFORMATION FORM as to Errol Sewell re: [68-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 09/19/00] |
| 9/20/00 | -- | USCA appeal fees received as to Errol Sewell  Re: [68-1] appeal  Filing Fee $ 105.00 Receipt $ 520486 (gf) [Entry date 01/25/01] |
| 9/26/00 | (79) | APPEAL INFORMATION SHEET as to Errol Sewell re: [68-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (gf) [Entry date 09/28/00] |
| 9/27/00 | (78) | Judgment Returned Executed as to Errol Sewell on 9/19/00 at Bureau of Prisons, Miami, FL (ss) [Entry date 09/27/00] |
| 9/29/00 | (80) | Appeal Information Sheet as to Errol Sewell  re: [68-1] appeal Transcript due 10/27/00 for Errol Sewell (gf) [Entry date 10/02/00] |
| 10/24/00 | 81 | TRANSCRIPT filed as to Errol Sewell  of Plea of Guilty held 5/16/00  before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-26  re: [68-1] appeal . Appeal record due on 11/8/00 for Errol Sewell (gf) [Entry date 10/24/00] |
| 10/24/00 | 82 | TRANSCRIPT filed as to Errol Sewell  of Sentencing Hearing held 8/18/00  before Judge William P. Dimitrouleas  Volume #: 1  Pages: 1-22  re: [68-1] appeal . Appeal record due on 11/8/00 for Errol Sewell (gf) [Entry date 10/24/00] |

Vol 2

Vol 3

```
Proceedings include all events.                                    LSS
0:00cr6054-ALL USA v. Owens, et al                         CLOSED APPEAL
```
Vol. 1 Cont.

```
1/25/01  (83)    Certificate of readiness transmitted to USCA as to Errol
                 Sewell  re: [68-1] appeal  by Errol Sewell   USCA #
                 00-14600-A (dl) [Entry date 01/25/01]
```
End vol. 1