FILED by _____ D.C.
DKTG

JUN 2 ⸱ ⸱ ⸱

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

June 20, 2001

RE: 00-14600-AA    USA v. Errol Sewell
DC DKT NO.: 00-06054 CR-WPD

TO:    Clarence Maddox

CC:    Abe Anselheart Bailey

CC:    Maria Beguiristain

CC:    Anne R. Schultz

CC:    Kathleen M. Salyer

CC:    Robin S. Rosenbaum

CC:    Administrative File

CC:    Administrative File



# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

June 20, 2001



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-14600-AA      USA v. Errol Sewell
DC DKT NO.: 00-06054 CR-WPD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of
this court.

Also enclosed is the record on appeal, which consists of:
3 vols., 1 PSI

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Wendi Tilden (404) 335-6170

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 2 0 2001

THOMAS K. KAHN
CLERK

No. 00-14600-AA

_00-06054- WPD_

UNITED STATES OF AMERICA

Plaintiff-Appellee

FILED by _____ D.C.
DKTG

JUN 2 . . . i

CLARENCE MADBOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

versus

ERROL SEWELL,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

Before BIRCH, HULL and WILSON, Circuit Judges.

BY THE COURT:

ORDER:

Appellee's motion to dismiss this appeal with prejudice is GRANTED,

because the issues raised by the appellant are not appealable under appellant's

appeal waiver.

Deputy Clerk
Atlanta, Georgia